**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ESTECH SYSTEMS, INC.,** | § § § | |
| *Plaintiff*, | § | |
| v. | § § | Civil Action No. 2:20-cv-00143 |
| **REGUS MANAGEMENT GROUP, LLC AND IWG PLC,** | § § § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING REGUS MANAGEMENT GROUP, LLC'S MOTION TO DISMISS**

Before the Court is Regus Management Group, LLC's ("Regus") Motion to Dismiss (the "Motion").

Having considered the Motion, relevant law, and arguments of counsel, the Court finds that the Motion should be and is hereby **GRANTED**. Plaintiff Estech Systems, Inc.'s Original Complaint for Patent Infringement against Regus Management Group, LLC is hereby **DISMISSED with prejudice.**